NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: DENNIS S. FERNANDEZ,**
*Appellant*

---

2016-2611

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 12/114,113.

---

**JUDGMENT**

---

DENNIS S. FERNANDEZ, Fernandez & Associates, LLP, Atherton, CA, for appellant.

NATHAN K. KELLEY, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for appellee Michelle K. Lee. Also represented by SARAH E. CRAVEN, MAI-TRANG DUC DANG, THOMAS W. KRAUSE, COKE MORGAN STEWART.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 10, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |